IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN MCINALLY,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No. 3:17-cv-00177-SLG<br><br>COMPLAINT FOR LONG-TERM DISABILITY INSURANCE BENEFITS<br><br>(Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132(a)(1)(B)) |

COMES NOW Plaintiff, Kathleen McInally ("Plaintiff"), with a complaint for long-term disability insurance benefits and alleges against the Life Insurance Company of North America ("Defendant"):

**I.     CAUSE OF ACTION**

1.1

This action is brought on behalf of Plaintiff, pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA"). Plaintiff seeks to recover from Defendant all unpaid long-term disability ("LTD") benefits pursuant to the terms of a long-term disability policy ("LTD Plan") provided by

Page 1 – COMPLAINT FOR LONG-TERM DISABILITY INSURANCE BENEFITS

**ROY LAW**
1000 SW Broadway, #1740
Portland, OR 97205
TEL. 503-206-4313

Case 3:17-cv-00177-SLG   Document 1   Filed 08/21/17   Page 1 of 6

Defendant pursuant to 29 U.S.C. § 1132(a)(1)(B). Plaintiff seeks these remedies, prejudgment and post judgment interest, plus her costs and reasonable attorney fees pursuant to 29 U.S.C. § 1132(e)(1), (f) and (g).

## II. IDENTIFICATION OF PLAINTIFF

2.1

Plaintiff is a resident of Kenai Peninsula Borough, Alaska.

2.2

Fresentius Medical Care North America, employed Plaintiff, and offered the LTD Plan to its employees pursuant to ERISA, 29 U.S.C. § 1002(1).

2.3

Plaintiff was a participant under the LTD Plan.

## III. IDENTIFICATION OF DEFENDANT

3.1

At all times material herein, Fresentius Medical Care North America, was the sponsor of the LTD Plan pursuant to ERISA, 29 U.S.C. § 1002(16)(B).

3.2

At all times material herein, Fresentius Medical Care North America, was the plan administrator of the LTD Plan pursuant to ERISA, 29 U.S.C. § 1002(16)(A).

Page 2 – COMPLAINT FOR LONG-TERM DISABILITY INSURANCE BENEFITS

**ROY LAW**
1000 SW Broadway, #1740
Portland, OR 97205
TEL. 503-206-4313

Case 3:17-cv-00177-SLG   Document 1   Filed 08/21/17   Page 2 of 6

3.3

At all times material herein, Defendant was the claims administrator of the LTD Plan pursuant to ERISA, 29 U.S.C. § 1002(16)(A).

3.4

The LTD Plan was fully insured by Defendant, and Defendant is wholly responsible for any judgment Plaintiff may obtain through this action.

## IV. JURISDICTION AND VENUE

4.1

Jurisdiction is conferred on this court by ERISA, 29 U.S.C. § 1132(e)(1), (f) and (g), which gives the United States district courts jurisdiction to hear civil actions brought to recover plan benefits, as well as other declarative relief and attorney fees and costs under ERISA.

4.2

Venue is proper in this district court pursuant to ERISA, 29 U.S.C. § 1132(e)(2) and pursuant to 28 U.S.C. § 1391.

## V. STANDARD OF REVIEW

5.1

Defendant's denial of Plaintiff's LTD benefits is reviewed by this court *de novo*.

Page 3 – COMPLAINT FOR LONG-TERM DISABILITY INSURANCE BENEFITS

**ROY LAW**
1000 SW Broadway, #1740
Portland, OR 97205
TEL. 503-206-4313

Case 3:17-cv-00177-SLG   Document 1   Filed 08/21/17   Page 3 of 6

## VI. FACTS SUPPORTING CLAIM

6.1

Around February 6, 2013, Plaintiff made a claim for LTD benefits under the LTD Plan, which claim was approved by Defendant.

6.2

Plaintiff's LTD claim was related to rheumatoid arthritis, migraine headaches, kyphosis, fibromyalgia, Reynaud's syndrome, failed back syndrome, and adrenal insufficiency among other things ("Disabilities"). Plaintiff's symptoms include severe chronic paid; difficulty in walking, sitting, and standing; and fatigue, among other things ("Symptoms").

6.3

Around July 24, 2015, Defendant concluded that Plaintiff no longer met the Plan's definition of disabled, and denied Plaintiff's claim for LTD benefits.

6.4

Around December 3, 2015, Plaintiff appealed Defendant's denial.

6.5

Around July 11, 2016, Defendant upheld its denial.

6.6

Around January 6, 2017, Plaintiff submitted her second appeal of Defendant's denial.

Page 4 – COMPLAINT FOR LONG-TERM DISABILITY INSURANCE BENEFITS

**ROY LAW**
1000 SW Broadway, #1740
Portland, OR 97205
TEL 503-206-4313

Case 3:17-cv-00177-SLG   Document 1   Filed 08/21/17   Page 4 of 6

6.7

Around March 22, 2017, Defendant denied Plaintiff's second appeal, and upheld its denial

6.8

Plaintiff has complied with all contractual requirements of the LTD Plan, including but not limited to the submission of sufficient medical proof of her ongoing and disabling medical conditions.

6.9

Defendant has wrongfully denied Plaintiff's claim for LTD benefits.

6.10

Defendant' wrongful denial was and still is a violation of ERISA, 29 U.S.C. § 1132(a)(1)(B).

6.11

As a direct and proximate result of Defendant's wrongful denial, Plaintiff has been damaged in the amount of each unpaid monthly benefit from July 23, 2015, through date of judgment.

6.12

As a direct and proximate result of Defendant's wrongful denial, Plaintiff is entitled to recover prejudgment interest, which is accruing on each unpaid monthly benefit payment from July 23, 2015, through date of judgment.

Page 5 – COMPLAINT FOR LONG-TERM DISABILITY INSURANCE BENEFITS

**ROY LAW**
1000 SW Broadway, #1740
Portland, OR 97205
TEL. 503-206-4313

Case 3:17-cv-00177-SLG Document 1 Filed 08/21/17 Page 5 of 6

6.13

As a direct and proximate result of Defendant's wrongful denial, Plaintiff has incurred attorney fees and costs that are recoverable pursuant to ERISA, 29 U.S.C. § 1132(g)(1).

**WHEREFORE,** Plaintiff prays for judgment against Defendant as follows:

A. For the gross amount of each unpaid monthly benefit payment from July 23, 2015, through date of judgment pursuant to ERISA, 29 U.S.C. § 1132(a)(1)(B);

B. For a declaration that Defendant has breached its fiduciary duty to Plaintiff by wrongfully denying Plaintiff's LTD claim, and estopping Defendant from continuing to deny Plaintiff's claim;

C. For a declaration that Plaintiff is entitled to receive her full monthly benefit under the LTD Plan for as long as she remains disabled under the LTD Plan;

D. For Plaintiff's attorney fees and costs pursuant to ERISA, 29 U.S.C. § 1132(g)(1);

E. For prejudgment and post judgment interest; and

F. For such further relief as the court deems just and equitable.

DATED this 16th day of August, 2017.

*/s/ Chris Roy*
Chris Roy, WSBA # 29070
Attorneys for Plaintiff
Roy Law
1000 S.W. Broadway Suite 1740
Portland, OR 97205
PH: 503-206-4313
FAX: 855-344-1726
chris@roylawpdx.com

Page 6 – COMPLAINT FOR LONG-TERM DISABILITY INSURANCE BENEFITS

**ROY LAW**
1000 SW Broadway, #1740
Portland, OR 97205
TEL: 503-206-4313

Case 3:17-cv-00177-SLG   Document 1   Filed 08/21/17   Page 6 of 6