IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN MCINALLY,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No.: 3:17-cv-00177-SLG<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate the above-captioned action is compromised, and shall be dismissed with prejudice without an award of costs or fees to any party.

Dated: November 8, 2017

*/s/ Chris Roy*
Chris Roy, WSBA #29070
Admitted *Pro Hac Vice*
Roy Law
1000 S.W. Broadway, Suite 1740
Portland, OR 97205
503-206-4313
chris@roylawpdx.com
Of Attorneys for Plaintiff

*/s/ Brewster H. Jamieson*
Brewster H. Jamison, ABA # 8411122
Lane Powell PC
301 W. Northern Lights Blvd., Ste. 301
Anchorage, AK 99503
907-277-9511
jamiesonb@lanepowell.com
Of Attorneys for Defendant

Page 1 –Stipulation and Order of Dismissal
No.: 3:17-cv-00177-SLG

**ROY LAW**
1000 SW Broadway, #1740
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
chris@roylawpdx.com

**ORDER**

The parties having stipulated that the above-captioned action be dismissed with prejudice and without an award of costs or fees to any party; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

DATED:_____

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

ROY LAW

By */s/ Chris Roy*
 Chris Roy, WSBA #29070
Attorneys for Plaintiff

LANE POWELL PC

By */s/ Brewster H. Jamieson*
 Brewster H. Jamison, ABA # 8411122
Attorneys for Defendant

Page 2 – Stipulation and Order of Dismissal
No.: 3:17-cv-00177-SLG

**ROY LAW**
1000 SW Broadway, #1740
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
chris@roylawpdx.com

120192.0168/7127893.1

Case 3:17-cv-00177-SLG   Document 6   Filed 11/09/17   Page 2 of 3

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys/parties of record.

DATED this 9th day of November, 2017.

                                         */s/ Chris Roy*
                                         Chris Roy, WSBA #29070
                                         Admitted *Pro Hac Vice*
                                         Roy Law
                                         1000 SW Broadway, Ste. 1740
                                         Portland, OR 97205
                                         PH:   503-206-4313
                                         FAX: 855-344-1726
                                         chris@roylawpdx.com

Page 3 – Stipulation and Order of Dismissal
No.: 3:17-cv-00177-SLG

**ROY LAW**
1000 SW Broadway, #1740
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
chris@roylawpdx.com

120192.0168/7127893.1 Case 3:17-cv-00177-SLG Document 6 Filed 11/09/17 Page 3 of 3