## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATHLEEN MCINALLY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 3:17-cv-00177-SLG |

### ORDER RE STIPULATED DISMISSAL WITH PREJUDICE

The parties' Stipulated Dismissal with Prejudice (Docket 6) is APPROVED. This action is DISMISSED with prejudice and without an award of costs or fees to any party.

DATED this 14th day of November, 2017 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE